AO 91 (Rev. 5/85) Criminal Complaint                Special AUSA Michael F. Pavia  786-2652

# United States District Court

__NORTHERN__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

JESUS G. OROZCO

**CRIMINAL COMPLAINT**

CASE NUMBER: **01CR733**

DOCKETED AUG 24 2001

(Name and Address of Defendant)

MAGISTRATE JUDGE LEVIN

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __8/14/2001__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of first degree murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit hereby incorporated by reference as if fully restated herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
**CHRISTOPHER W. HOCKMAN**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

at __Chicago, Illinois__
City and State

__August 22, 2001__
Date

__IAN H. LEVIN    United States Magistrate Judge__
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF ILLINOIS  )
                   ) ss
COUNTY OF COOK     )


## A F F I D A V I T

I, CHRISTOPHER W. HOCKMAN, being duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for the past five months. The information contained in this affidavit was provided to me by FBI Special Agent BRUCE HARFORD, who received the information from the Northlake, Illinois, Police Department.

2. On August 14, 2001, at 5:00 a.m., MARTIN TINOCO was shot and killed in Northlake, Illinois. The Northlake Police Department developed JESUS G. OROZCO as the suspect in the shooting, and within hours of the incident he was charged in the Circuit Court of Cook County, Illinois, with first degree murder, a felony. An arrest warrant for OROZCO was issued at that time and is attached to this affidavit.

3. The Northlake Police Department investigation discovered that approximately one hour after the shooting, OROZCO telephoned his place of employment and spoke to his supervisor, HECTOR ARELLENO. OROZCO told him that he had an emergency and was going to Mexico. Forty-five minutes later OROZCO telephoned a co-worker, NICK PEREZ, and also told him he was going to Mexico because of an emergency. OROZCO asked PEREZ to pick up his paycheck and deliver it to his sister in Chicago. Law enforcement

authorities have not been able to locate OROZCO in the Chicago area.

    4. Based on the information contained in this affidavit, I believe JESUS G. OROZCO fled the State of Illinois to avoid prosecution for first degree murder.

    5. The Cook County State's Attorney will extradite OROZCO when he is apprehended.

_____
CHRISTOPHER W. HOCKMAN
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed
before me this 22nd day
of August, 2001

_____
IAN H. LEVIN
United States Magistrate Judge

AUG-17-2001 11:56 NORTHLAKE P.D. OFFICER'S REI 1 708 344 2006 P.05/06

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
vs.
OROZCO, Jesus G.

0140508514W

Case No. 01401014

BFW [ ]

### ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE — GREETING:

We command you to arrest __OROZCO, Jesus G.__
(Defendant)

for the offense of __720__ __5__ __9-1(a)(1)__ __FIRST DEGREE MURDER__
(Chapter) (Section) (Description)

Stated in a charge now pending before this court and that you bring him instanter before The Circuit Court of Cook County at

__1500 Maybrook, Maywood, IL__ __103__
(Location) (Rm)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

GEOGRAPHIC LOCATIONS

Issued in Cook County _____, 19 ___

☐ COOK COUNTY ONLY
☐ COOK, LAKE, McHENRY KANE, DUPAGE & WILL COUNTIES
☐ STATE WIDE
☐ OTHER

Bail Fixed at $ _____

_____ Judge _____ Code

WITNESS: AURELIA PUCINSKI, CLERK OF THE COURT and the Seal thereof, _____, 19 ___

By _____
Clerk of The Circuit Court       Deputy Clerk

### INFORMATION AND DESCRIPTION OF DEFENDANT

Name __OROZCO, Jesus G__ Alias _____

Residence LKA __5143 S. Trumbull__ __Chicago__ __IL__ __60632__
City/Town State Zip

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | Forfeited Bond No. |
|---|---|---|---|---|---|---|---|---|
| M | W | 170 | 508 | 01-28-72 | 29 | MED | MED | |

IR _____ CB _____ SID _____

Complainant's Name __City of Northlake__ Address __55 E. North__

Arresting Officer _____ Star No. _____ Agency/Unit _____

WHEN ARREST IS MADE IF DEFENDANT MAKES BAIL PLEASE SET COURT DATE FOR _____

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

CCG58-200M-9/1/92(20416)

1. ORIGINAL TO SHERIFF OR POLICE DEPT.